█ In the Matter of RUBEN VELEZ, Appellant, v ANDREA W. EVANS, Chairwoman, New York State Division of Parole, Respondent. [955 NYS2d 783]

Memorandum: Inasmuch as petitioner has been released to parole supervision, his appeal from the judgment denying his CPLR article 78 petition seeking release to parole has been rendered moot (*see People ex rel. Baron v New York State Dept. of Corrections*, 94 AD3d 1410, 1410 [2012], *lv denied* 19 NY3d 807 [2012]; *People ex rel. Graham v Fischer*, 70 AD3d 1381, 1381-1382 [2010]; *People ex rel. Mitchell v Unger*, 63 AD3d 1591, 1591 [2009]), and the exception to the mootness doctrine does not apply herein (*see Baron*, 94 AD3d at 1410; *Graham*, 70 AD3d at 1381-1382; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Smith, J.P., Carni, Lindley, Sconiers and Whalen, JJ.